# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JMR FARMS, INC. *et al.*, | Case No.: 20-cv-879 (PJS/HB) |
| Plaintiffs, | |
| v. | |
| C.H. ROBINSON WORLDWIDE, INC. *et al.*, | **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 56, Defendants C.H. Robinson Worldwide, Inc., C.H. Robinson Company, Inc., and C.H. Robinson Company (collectively "CHR" or "Defendants"), by counsel, hereby move this Court to grant partial summary judgment for Defendants on the issues articulated in the Court's Order of March 11, 2022 (ECF 142). This motion is made based on the following memorandum and supporting exhibits filed herewith, and all the files, records, pleadings, and proceedings herein.

Dated: June 3, 2022                     Respectfully submitted,

                                        **BARNES & THORNBURG, LLP**

                                        *s/ Mark W. Wallin*
                                        Mark W. Wallin (#0401450)
                                        Christina M. Janice (*pro hac vice*)
                                        One North Wacker Drive, Suite 4400
                                        Chicago, IL 60606-2833
                                        MWallin@btlaw.com
                                        Christina.janice@btlaw.com

                                        Patrick J. Rooney (#0198274)
                                        Bradley R. Hutter (#0396531)

1

Fafinski Mark & Johnson PA
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344
(952) 995-9500
*patrick.rooney@fmjlaw.com*
*bradley.hutter@fmjlaw.com*

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that a copy of the foregoing was served on all counsel of record this 3rd day of June 2022 via this Court's CM/ECF electronic filing system.

*s/ Mark W. Wallin*
Mark W. Wallin (#0401450)