**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JMR FARMS, INC., BG CATLIN ENTERPRISES, LLC, GLORY PRODUCE, INC., HOOSIER MELONS, LLC, MELON ACRES, INC., CENTRAL FLORIDA FRUIT SALES, LLC d/b/a SANWAY FARMS, INC., SHORE SWEET GROWERS, LLC, SK ENTERPRISES OF NORTH FLORIDA, INC., WAINWRIGHT BROTHERS FARMS, LLC, WILSON LEE FARMS, BOWLES FARMING COMPANY, INC., BONNE IDEE PRODUCE, LLC, and KEVIN COGGINS d/b/a MEK FARMS, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

C.H. ROBINSON WORLDWIDE, INC.;
C.H. ROBINSON COMPANY, INC.; and
C.H. ROBINSON COMPANY,

Defendants.

Case No. 0:20-cv-00879-PJS-HB

**EXPERT REBUTTAL REPORT OF RESOLUTION ECONOMICS, AUDRIUS J GIRNIUS, PH. D.**

Date: May 28, 2024

## I.    ASSIGNMENT AND OVERVIEW

1.    I was engaged by Barnes & Thornburg LLP ("Counsel") for the Defendant C.H. Robinson Worldwide, Inc. to address the conclusions put forth by Dr. Armenak Markosyan ("Dr. Markosyan") in his report filed March 1, 2024. In particular, I was asked to evaluate Dr. Markosyan's regression analysis and related conclusions.

2.    I am a Senior Manager with Resolution Economics. I specialize in the application of microeconomics, statistics, and econometrics to solve complex problems in business litigation. I have developed economic and econometric models to analyze a variety of complex issues involving labor and employment, securities and finance, antitrust, and commercial damages. I earned a B.A. in Economics from the University of Michigan and an M.A. and a Ph.D. in Economics from the University of Chicago.

3.    My curriculum vitae is attached as **Appendix A** to this report. Materials relied upon are attached as **Appendix B**. The time I currently spend on this matter is being billed to Defendants at a rate of $450 per hour.

4.    The following is a summary of my conclusions after reviewing Dr. Markosyan's calculations:

    a.    Econometric modelling and regression analysis need to be guided by economic theory paired with an understanding of the behavior of the economic decision-makers being evaluated. Dr. Markosyan theoretical arguments are faulty and his model does not properly model the observed economic behavior.

    b.    As a result, the regression analysis performed by Dr. Markosyan is fundamentally flawed and cannot be used to evaluate formulaic relationships between Delivered transaction and the FOB price.

c.  Dr. Markosyan incorrectly performs a highly aggregated regression analysis, claiming that more disaggregated results are noisier and uninformative without testing his claim. He ignores academic research, which explains the pitfalls and drawbacks of an overly aggregated regression analysis.

d.  The control factors Dr. Markosyan uses do not model the complexity of the decisions being evaluated. For instance, he does not consider variables such as grower oversupply, daily weather changes, inaccurate grower forecasts, quality of produce, limited grower facility space, and seasonality. Excluding relevant control variables leads to omitted variable bias, which results in biased regression estimates and inaccurate conclusions.

e.  Academic research recommends that in instances with unobserved variation and omitted variables, a more disaggregated analysis is appropriate.

f.  Therefore, I disaggregate Dr. Markosyan's flawed model and show that his main result, that there is a negative formulaic relationship between Delivered and the FOB price (that is, delivered products have a lower FOB price), is neither uniform, conclusive, nor accurate.

(i)  When performing the analysis by product, 70% of orders show a different outcome than the aggregated one that Dr. Markosyan calculated.

(ii)  Further, when performing the analysis by product and customer, 90% of orders show a different outcome than the aggregated one that Dr. Markosyan calculated.

5.  The rest of this report will elaborate on the various errors of Dr. Markosyan's analysis. This report is divided into five sections.

1) Econometric modeling and best practices;

2) Features of Dr. Markosyan's econometric model and confirmation that I was able to replicate his results;

3) Variability in the data that Dr. Markosyan analyzed and illustration how Dr. Markosyan's model does not match the data being analyzed;

4) Criticism of Dr. Markosyan's model;

5) Corrected analyses using Markosyan's econometric model to more accurately model the observed data, illustrates why Dr. Markosyan's regression results are spurious and must be ignored.

## II.    ECONOMETRIC MODELING AND BEST PRACTICES

6.    Regression analysis is a statistical technique that attempts to explain the "dependent" variable (i.e., the variable that the economist is trying to explain) using a variety of "independent" controls (i.e., factors that explain variation in the dependent variable). The resulting coefficient estimate of any independent variable measures its impact on the dependent variable. The model (the dependent variable, the independent variables, and the type of regression methodology) is chosen with an understanding of the business realities being modelled and implied, all while using economic theory.[1]

7.    A regression model should be grounded in economic theory and describe the behavior of the economic decision-makers, which include using the correct control variables.[2] Performing a

---

[1] In paragraph 66, Dr. Markosyan agrees that the independent variable should be chosen considering economic theory. "The construction of the regression model (i.e. the choice of the independent variables included) should be guided by the operative hypothesis and economic theory." See also Chapter 1, "Questions about Questions," Angrist, Joshua D., and Jörn-Steffen Pischke. <u>Mostly Harmless Econometrics</u>. Princeton University Press, 2008, pp. 3-8.

[2] "Questions about Questions," Angrist, Joshua D., and Jörn-Steffen Pischke. <u>Mostly</u>

regression analysis on a poorly specified model not grounded in economic reality and/or with incorrect variables can produce biased or inaccurate results. An article by Sam Ouliaris, a Senior Economist at the IMF Institute, states it clearly:

> "Students of econometrics are often fascinated by the ability of linear multiple regression to estimate economic relationships. Three fundamentals of econometrics are worth remembering.
>
> First, the quality of the parameter estimates depends on the validity of the underlying economic model.
>
> Second, if a relevant explanatory variable is excluded, the most likely outcome is poor parameter estimate."[3]

8.    Ouliaris warns that the results of a regression are only as good as the underlying model. A poorly specified model will result in invalid parameter estimates. A model that is missing important control factors will not provide reliable regression results. Again, reliable regression results are imperative for one to draw conclusions, causal or otherwise. For instance, if a researcher is attempting to explain differences in pay between two groups of employees, the researcher needs to include relevant factors such as experience, education, and job characteristics in the analysis.  If relevant explanatory (control) variables are excluded, the <u>most likely</u> (emphasis added) outcome is that the regression will provide meaningless results. In this report, I will discuss the various errors in Dr. Markosyan's analysis which render his econometric results spurious and unreliable.

---

Harmless Econometrics. Princeton University Press, 2008, pp. 3-8.
[3] Ouliaris, Sam, "What Is Econometrics?" *Finance & Development*, vol. 48, no. 4, 2011, pp. 38-39.

### III.    DESCRIPTION OF DR. MARKOSYAN'S ANALYSIS

9.      Dr. Markosyan performs an analysis on a database containing 264,382 product orders. The analysis examines 6,025 individual products, 232 growers, and 1,858 customers over 40 time periods.[4] As shown in his Figure 6,[5] Dr. Markosyan performs one aggregated regression, which examines the impact of various factors on the FOB price per pound (FOB price, price of the product). Dr. Markosyan controls for delivery status by using a "Delivered" indicator (which is an indicator variable that is coded as "1" if an order was delivered and a "0" if the product was a direct transaction in which the buyer arranged for freight elsewhere). He also includes an indicator variable for each product, customer, grower, and time period.[6] I was able to replicate his models presented in his Figure 6.

10.      In his econometric model, Dr. Markosyan estimates just one "Delivered" indicator, which imposes the condition that the impact on the FOB price of a delivered order is exactly the same for all customers, products, time periods, and/or growers. He does so by including only one "Delivery" variable rather than by examining whether the impact of the "Delivery" variable changes by product or by any of the other variables that could impact whether an order was delivered. He similarly assumes that the impact of Delivered Status on FOB prices is the same for a customer like Wal-Mart (that has many orders) and a small customer (that has only a few orders).

11.      In his Figure 7, Dr. Markosyan performs two additional regression analyses but restricts these analyses only to orders that were Delivered. He purports to calculate whether higher freight

---

[4] In paragraph 79, Dr. Markosyan indicates that he included year-month indicator variables but in reviewing his code and regression output, I believe he uses year-quarter indicators.

[5] In paragraph 78, Dr. Markosyan states that the analysis in Table 6 is "The main independent variable is an indicator variable representing whether a transaction was Delivered or Direct."

[6] Footnote 79 of Markosyan Report.

profits and freight charges were associated with lower FOB prices. In Model I of Figure 7, Dr. Markosyan examines the impact of freight charges per pound on FOB prices after adding indicator variables to account for product characteristics, customer, grower, and time periods. In Model II of his Figure 7, Dr. Markosyan replicates the analysis from his Figure 7 (I) except that he examines the impact of freight profit instead of freight charge per pound on FOB prices after including indicator variables for products, customer, grower, and time periods. His analysis purports to show that higher freight charges and freight profits lead to lower FOB prices. I was able to replicate his model in his Figure 7. However, as with his analysis in his Figure 6, Dr. Markosyan assumes that the impact of freight changes and freight profits on FOB prices are the same for all products, customers, growers, and time periods. That repeated erroneous assumption undermines his results.

## IV.    DESCRIPTION OF VARIABILITY WITHIN THE DATA

12.    In his paragraph 69, Dr. Markosyan states that "While there might be a reason for a researcher to analyze data for separate segments, the choice of data segments should not be arbitrary. Rather, it must be driven by clear economic reasoning and the research question." Dr. Markosyan recognizes that an econometric model should also reflect the economic realities of the process being analyzed. Econometric models cannot be imposed without theoretical consideration or an understanding of business decisions.

13.    As discussed in the previous section, Dr. Markosyan assumes that the impact of Delivery Status on FOB prices is constant, regardless of the product being sold. He does not offer any arguments, grounded in the business realities he is purportedly analyzing, why he believes the impacts of Delivered Status on FOB prices is identical for all products, growers, customers, and time periods. In this section, I highlight why this aggregation is illogical by illustrating that the

percent of orders that were Delivered vary by product, including many products which were *never* Delivered and *always* Direct. I focus on Delivered because it is the main control variable and focus of Dr. Markosyan's analyses. For each product analyzed by Dr. Markosyan, I calculated the number of orders in the database and the percentage of orders that were Delivered.

14.     First, I explore whether the number of orders differs by product. Table 1 below shows a histogram of the distribution of the number of orders for each product. Table 1 illustrates that 22.2% of products were ordered only once, 11.3% only twice, and cumulatively, 63.25% of products were ordered at most 10 times. That means that 3,811 products (63.3% of total) had no more than 10 transactions from which to draw Dr. Markosyan's alleged conclusions regarding the relationship between FOB price and Delivery Status. On the opposite end, a product had more than 1,000 orders only 0.70% of the time and about 8% of the products had at least 100 orders. As a result, Table 1 shows that there is large variation in the number of orders by product and illustrates that this difference must be accounted for in the regression analysis.

**Table 1: Distribution of Number of Product Orders**



15.    Table 2 then extends the analysis to examine, by product and what percent of orders were Delivered rather than Direct. Table 2 shows that there are numerous products which were always delivered to customers (the products at the right of Table 2, where Percent of Delivered Orders is 100%) and there are numerous products which were never delivered (the blue dots at the left of Table 2 along the horizontal axis, where Percent of Delivered Orders is 0%). As a result, Dr. Markosyan is allowing prices of these products (i.e., those that were never delivered) to impact his analysis despite having no comparative values. Note that most of the dots in Table 2 are at the x-axis, further illustrating that most products have very few transactions from which to compare.

**Table 2: Distribution of Percent of Orders Delivered, by Product**



16.     Tables 1 and 2 illustrate the complexity and diversity of the data being analyzed. Dr. Markosyan makes no attempt to understand or model the underlying reasons why certain products are almost always Delivered and why certain products are almost never delivered. Neither does he perform any analysis as to why, on certain occasions, a product (for the same customer, grower, and time period) is Delivered and on other occasions the exact same product (for the same customer, grower, and time period) is Direct. The fact that the same product (for the same grower, customer, and time period) was sometimes Delivered and in other instances

Direct is an indication that there are factors, other than the factors used by Dr. Markosyan, that impacted the decision whether to deliver an order.

## V.    CRITICISM OF MARKOSYAN MODEL

17.    There are multiple issues and limitations with Dr. Markosyan's regression analysis. Most importantly, Dr. Markosyan's theoretical underpinnings are wrong and as a result, he does not correctly model actual behavior.

18.    The first overarching issue is Dr. Markosyan's explanation as to why he performs one aggregated regression. In paragraph 70 of his report, he states that he performed one aggregated regression because a smaller disaggregated regression results in noisier and more uninformative regressions. Dr. Markosyan, incorrectly and without citing academic research, assumes that if an analysis performed on a more disaggregated grouping of more comparable products differs from the results of a highly aggregated analysis, the disaggregated results are primarily the results of noise. Dr. Markosyan dismisses the clear variation and intuitive differentiation within the data and across products and situations as "noise." This questionable logic causes him to ignore the evidence that his results are flawed and that the impact of Delivered Status on FOB prices is not constant.

19.    The second major flaw is that Dr. Markosyan omits variables that could explain differences in prices.  Mr. O'Bryan's report from January 22, 2024, lists many of these omitted variables by way of a non-exhaustive list. Additionally, as discussed earlier in this report, Dr. Markosyan does not explain why, on certain occasions, a product (for the same customer, grower, and time period) is Delivered and on other occasions the exact same product (for the same customer, grower, and time-period) is a Direct. These omitted variables can represent circumstances which impact pricing decisions for a given sale external to Dr. Markosyan's

model. Academic research (which I will cite in paragraphs 27-30) has confirmed that analysis with omitted variables can bias and invalidate the results of a regression analysis.

20.    The third major issue is that Dr. Markosyan performs one regression aggregating multiple customers, products, time periods, and growers. He imposes a "constrained to be the same" specification, where he constrains his models to assume that the impact of Delivery Status on FOB Prices is exactly the same for all products, customers, growers, or time periods. His model also does not accurately model the impacts of the control factors he claims to include (which I will discuss in paragraphs 31-32).

21.    A fourth major issue is that academic research (which I will cite in paragraphs 33-34) indicates that an overly aggregated analysis is problematic when relevant variables are omitted and if there are other unobserved differences to account for.

**Dr. Markosyan Offers a Faulty Theoretical Argument to Justify His Modeling Decisions**

22.    In paragraph 70, Dr. Markosyan justifies his decision to estimate one aggregated analysis using one "Delivered" indicator, which imposes the condition that the impact on the FOB price of an order being Delivered is exactly the same for all customers, products, time periods, and growers, when he states:

> "As the data is split into numerous buckets (and the size of those buckets becomes smaller) the estimates become noisier and more uninformative. It is unsurprising that Mr. O'Bryan finds a mix of positive and negative estimates, with various degrees of statistical significance. The more appropriate approach is to conduct a regression analysis that uses the entire data and incorporates the important control variables."

23.    Dr. Markosyan offers no scientific or econometric reasoning as to why he believes that the appropriate approach is to perform one aggregated regression. He offers vague comments on

"noise" and "uninformative" but does not provide any scientific definition for these terms or provide a criterion as to how to define when a regression is too noisy or uninformative.

24.     Dr. Markosyan essentially assumes that the regression results of a more disaggregated (i.e., apples-to-apples) comparison is noise if the results differ from the results of one aggregated regression with thousands of different products, customers, and growers. In other words, he ignores an apples-to-apples comparisons of similar products, instead performing one aggregated regression with insufficient control variables on a variety of products that differ by

> "product type (e.g., watermelon, mango), product origin region (e.g., Mexico, Chile, USA, specific US state), variety (e.g., Fuji, Red Delicious, Granny Smith, and Honeycrisp for apples, yellow versus red bell peppers), organic, and quality (e.g., USDA standards such as US #1, US #2, Fancy). In addition, I control for packaging type (e.g., bins, cartons, bushels) and packaging size (e.g., 6-count, 36-count, 40-lb).[7]"

25.     Academic papers have discussed the tradeoffs from aggregation, also known as pooling. A major concern identified by academic researchers is that if there are systematic differences between samples, an aggregated regression can lead to incorrect conclusions:

> Improving statistical power by making samples larger may often be useful, but the correct method of aggregation must be used to account for any variations in the characteristics of the data across samples. For example, pooling individuals to form one dataset is a simple but potentially misleading approach to aggregation because it fails to account for systematic differences across samples. This can lead to conclusions dramatically different from what would have been obtained if the data were considered on a sample-by-sample basis, due to a phenomenon known as Simpson's Paradox.[8]

26.     As the authors discussed, an aggregated analysis must account for variations in the differences between the samples, or in this analysis, the variation in products, by grower, and

---

[7] Markosyan Report, Paragraph 79.
[8] Morris, Scott B., Eric M. Dunleavy and Mirinae Lee, "Understanding Multiple Events in Adverse Impact Analysis," Chapter 8 in Scott B. Morris and Eric M. Dunleavy, eds. *Adverse Impact Analysis: Understanding Data, Statistics, and Risk*. Psychology Press, 2016, p. 154.

customer. Otherwise, the aggregated (or pooled) analysis can lead to different, and often wrong, conclusions, when compared to a more disaggregated analysis.

**Dr. Markosyan's Model is Incorrectly Specified and May Contain Omitted Variables Bias**

27.    Model specification is the process of choosing which variables to include in a model (i.e. which explanatory variables to include in a linear regression).  Model misspecification occurs when the variables in a model do not accurately reflect the data generating process or the causal relationship between the dependent and independent variables.[9]  One type of model misspecification is known as omitted variable bias.

28.    In the regression analysis conducted by Dr. Markosyan, a concern of econometricians is whether the estimates presented in a regression are biased. As discussed earlier, in his Figure 6, Dr. Markosyan includes an indicator of whether a product was Delivered rather than Direct. His regression concludes that, holding other variables constant, there is a negative relationship between Delivered Status and FOB prices.[10] However, if a factor other than the Delivered Status is correlated to both FOB prices and Delivered Status and this factor is not taken into account, that missing factor's statistical impact is conflated with any possible effect of Delivered Status. Economists refer to this in statistical models as "omitted variable bias."[11] Omitted variable bias

---

[9] Cameron, A. Colin, and Pravin K. Trivedi. Microeconometrics: Methods and Applications. Cambridge University Press, 2005, pp. 90.

[10] This discussion of the omitted variable bias also applies to the analysis of Figure 7 where the variables of interest are logarithm of freight charge per pound and logarithm of freight profit.

[11] Omitted variable bias is a technical term in regression analysis, in which a relevant omitted variable is excluded from the regression model and its effect on the outcome being studied is instead picked up by one or more included model variables with which it is correlated.  The coefficient on the included variable(s) is a biased measure of that variable's true impact on the outcome of interest; some of the effect being attributed to that included variable is in fact caused by the omitted variable.  See Cameron, A. Colin, and Pravin K. Trivedi. Microeconometrics: Methods and Applications. Cambridge University Press, 2005, pp. 92-93.

causes a regression analysis to produce a biased estimate of the variable of interest. In the econometrics field, omitted variable bias can be serious enough that it can lead to sign reversal.[12] Mr. O'Bryan's report lists many variables that Dr. Markosyan omits, though the list of these variables is not exhaustive. Omitting relevant variables can greatly bias the outcome of a regression, rendering it unreliable.

29.    Earlier in the report, my Table 2 shows that there is extensive variation in the percentage of orders that were Delivered rather than Direct. For some products, all the orders were Delivered while for other products, all the products were Direct. Dr. Markosyan does not include any control variables that explain the underlying reasons why certain products are almost always delivered and why certain products are almost never delivered. Neither does he perform any inquiry as to why, on certain occasions, a product (for the same customer, grower, and time period) is Delivered and on other occasions the exact same product (for the same customer, grower, and time period) is Direct. There is unobserved variation that Dr. Markosyan's model cannot explain. For example, this issue was discussed by the winner of the 2000 Nobel Prize in Economics when he accepted his award.[13]

30.    Additionally, Dr. Markosyan does not examine any number of possible factors that impact prices described in the Declaration of Jamie Lee Vosejpka.[14] Jamie Lee Vosejpka lists factors that impact the prices of just watermelons, which include grower oversupply, daily

---

[12] Cameron, A. Colin, and Pravin K. Trivedi. Microeconometrics: Methods and Applications. Cambridge University Press, 2005, p. 93.

[13] Heckman, James J. "Microdata, heterogeneity and the evaluation of public policy." *Bank of Sweden Nobel Memorial Lecture in Economic Sciences, Stockholm, Sweden* (2000)." which stated "Research in microeconometrics demonstrated that it was necessary to be careful in accounting for the sources of manifest differences among apparently similar individuals." "Heterogeneity due to unmeasured variables became an important topic in this literature because its manifestations were so evident in the data and the consequences of ignoring it turned out to be so profound." (p.266)

[14] Paragraph 10 of the Declaration of Jamie Lee Vosejpka, September 8, 2023.

weather changes, inaccurate grower forecasts, quality of melons, size of melons, limited grower facility space, and melon seasonality. It is also important to note that these factors are all watermelon specific and thus it is possible other different product specific omitted variables exist as well. For instance, different produce will have different seasonality, will be affected differently by weather changes, and will have different causes and timing of oversupply.

**The Control Variables Dr. Markosyan Includes in His "Constrained To Be the Same" Model Do Not Model the Economic Realities Of the Market He Is Analyzing**

31.     Dr. Markosyan performs a single regression on a database with substantial variability. He additionally imposes a "constrained to be the same" specification that does not allow his models to determine whether the impact of the Deliver Status on FOB prices differs by product, customer, grower, or by time period.  His analysis also does not accurately model the impacts of the control factors he claims to include in his analysis.

32.     In his paragraph 79, Dr. Markosyan claims to account for products, grower, customer, and macro-economic controls. He purportedly adds Year-Month controls to account for macro-economic conditions, seasonality, and other time-varying factors. These macro-economic conditions, seasonality, and other time-varying factors presumably affect products differently. Not all produce are grown in the same season, so prices of products will vary by season. Some produce can be grown longer in warmer regions rather than in colder regions. Similarly, macro-economic conditions can affect different customers or growers differently. A large customer may be more invariant to macro-economic fluctuations than a smaller customer.  Some growers may have a harder time finding staff during certain seasons rather than others. However, Dr. Markosyan's model specification imposes the condition that the time period controls affect FOB Prices uniformly and does not vary by product, grower, and customer.

16

**Dr. Markosyan's Aggregation Is Inconsistent with Academic Research**

33.     The impact of omitted variables and unobserved variation is also related to the fourth major criticism of Dr. Markosyan's analysis. The challenges of omitted variable bias and unobserved variation can be particularly problematic for a highly aggregated analysis like the one performed by Dr. Markosyan.  In their <u>Introduction to Econometrics</u> textbook, authors Stock and Watson[15] provide an example of how omitted variable bias can impact a model, which can be explained using an example. The authors suppose that researchers are trying to measure the effect of class size on standardized test scores.  They further suppose that in the observational data, larger classes tend to have a higher fraction of English learners.  Since English learners are less likely to do well on standardized tests, running a regression on the aggregated data might result in us observing a higher effect of class size on test scores than truly exists.  Stock and Watson write that the

> "One way to address this problem is to select a subset of districts that have the same fraction of English learners but have different class sizes: For that subset of districts, class size cannot be picking up the English learner effect because the fraction of English learners is held constant."[16]

Here, the authors state that disaggregating the data into groups of classes with similar percentages of English learners will reduce the impact of omitted variable bias.

34.     One can imagine that there are numerous unobserved factors that may impact the prices of watermelons of a particular size from Delaware sold by a certain grower to a certain customer relative to prices of apples from Chile from a different grower sold to an entirely different customer. Additionally, watermelons and salad mixes have different weights, have different

---

[15] Stock, James H. and Mark W. Watson, <u>Introduction to Econometrics</u>, Pearson, 2020.
[16] Stock, James H. and Mark W. Watson, <u>Introduction to Econometrics</u>, Pearson, 2020, p. 217.

growing seasons, are grown in different areas of the country, have different numbers of growers, and are branded and boxed differently, just to list a few differences. A more disaggregated analysis that compares similar products (for instance: salad kits to only salad kits) will have fewer of these unobserved factors thus less opportunity for omitting variables. When there is unexplained variation in the data, a disaggregated analysis will provide more meaningful, reliable results.

## VI.    DR. MARKOSYAN'S ANALYSIS CORRECTED FOR OVER-AGGREGATION

35.    Given the variability of the transactions database that Dr. Markosyan reviewed, I explore whether the estimate of the variable of interest, namely the Delivered Status indicator, is indeed the same for all products. I replicated Dr. Markosyan's analysis using the regression specification selected by Dr. Markosyan, but I ran a separate regression for each product. I performed the analysis by product to reduce some of the unobserved variability that occurs when running a highly aggregated analysis with numerous different products. It is important to note that this analysis still does not address one of the main issues with Dr. Markosyan's model, namely that his model omits variables that actually explain the reason why certain products were Delivered, while others were Direct. The results of this analysis do not necessarily correctly measure the impact of Delivered on price but illustrate how Dr. Markosyan's decisions to aggregate across all products provides faulty, unreliable results.

36.    Table 3 of this report provides the results of an analysis that replicates Dr. Markosyan's analysis presented in his Figure 6, but instead performs the analysis by product and then further disaggregates by customer and grower. The analysis in Table 3 presents regression by product but then reports the results weighted by the number of orders because, as illustrated in my Table 1, products differed in the number of orders for each product. Table 3 reports the results of the

analysis coefficients into three categories: 1) "A. Negative and Significant" identifies all the regressions where the coefficient on Delivery Status was negative and significant at the 5%[17] level which mean that the Delivered FOB prices was lower than the Direct FOB prices, 2) "B. Not Significant" identifies all instances where the coefficient on Delivered Status was not statistically significant which means that there is no statistical evidence that the Delivered FOB prices are different than the Direct FOB price, and 3) "C. Positive and Significant" identifies all the regressions where the coefficient on Delivered Status was positive and significant at the 5% level which means that Delivered FOB price were higher than Direct FOB price.

**Table 3: Coefficients on Delivered Status Indicator by Product**

| | A. Negative and Significant | | B. Not Significant | | C. Positive and Significant | |
|---|---|---|---|---|---|---|
| | Number of Orders | Percent of Total Orders | Number of Orders | Percent of Total Orders | Number of Orders | Percent of Total Orders |
| I. Regression by Product | | | | | | |
| | 79,885 | 30.2% | 160,321 | **60.6%** | 22,837 | **8.6%** |
| II. If Regression by Product Negative and Significant, Regression by Product and Customer | | | | | | |
| | 22,300 | 8.4% | 54,147 | 20.5% | 1,354 | 0.5% |
| III. If Regression by Product /Customer Negative and Significant, Regression by Product, Customer, and Grower | | | | | | |
| | 15,738 | 6.0% | 6,347 | 2.4% | 135 | 0.1% |

37.    Table 3 presents three different calculations. The first row presents the results of regressions by product. When performing a more disaggregated analysis by product, approximately 70% of orders (as percent of the 264,382 total product orders) do not yield a regression result which implies a statistically significant negative impact of Delivered on FOB price (this means 70% of orders either had no statistically significant result or their statistically

---

[17] In statistical analysis, a determination is made by researchers that the result of a statistical analysis is not explainable by random chance alone. A common criterion used both in academic work and in litigation is that if the likelihood of an observed outcome being due to chance is less than 5%, then the results are statistically significant.

significant result implied a positive impact of Delivered on FOB price).[18] In other words, when performing an analysis by product, 70% of orders show a different outcome than the aggregated one that Dr. Markosyan found in his incorrectly aggregated analysis.

38.     To further understand the impact of the aggregation assumption used by Dr. Markosyan, I disaggregated the 79,885 orders (30.2%), which yielded a negative statistically significant result by further disaggregating by customers. In other words, I more deeply investigated the 30% of orders which might support Dr. Markosyan's initial conclusions. In the second row of Table 3, I perform a separate regression by product and customers to explore. I determine that now only 22,300 orders (8.4% of the total 264,382 total orders) were in comparator groups where the impact of Delivered Status on FOB price was negative and statistically significant.  When performing an analysis by product and customer, more than 90%[19] of orders show a different outcome than the aggregated one that Dr. Markosyan found in his incorrectly aggregated analysis.

39.     I further disaggregate the 22,300 orders (8.4%) that still show a statistically significant negative result when disaggregated by product and customer by running separate regressions by product, customer, and grower. I found that only 15,738 (6.0% of 264,382 total orders) were in groups where the impact of Delivered Status on FOB price was negative and statistically significant. When performing an analysis by product, customer, and grower more than 94% of orders show a different outcome than the aggregated one that Dr. Markosyan found in his incorrectly aggregated analysis.

---

[19] In the second row of Table 3, 8.4% of product orders were statistically significant and negative, which implies more than 90% were not.

40.    Once I investigated Dr. Markosyan's regression conclusions, it became clear that his overly aggregated model reflect the underlying economic behavior and econometric theory, which ultimately causes him to inflate harm and potential damages. This exercise is a prime example of why, as referenced earlier in my report, model specification and detailed analyses are paramount when implementing regressions to analyze causation.

## VII.    RESERVATION

41.    I reserve the right to supplement and/or amend my opinions in this matter as necessary in response to any new or updated opinions as set forth by an opposing expert, as well as in response to additional documents or information that may be made available for my review. Further, I may independently create, or be asked by Counsel to create, exhibits after the issuance of this report.  These exhibits may then be used as demonstratives during the trial.  In support of my opinions, I may also use any of the previously produced documents referred to in the body of this preliminary disclosure/report or in any Exhibit hereto, including the list of categories of materials I reviewed informing my preliminary opinions herein.

This report has been prepared on May 28, 2024 by:

_____

Audrius J. Girnius, PhD,

Appendix A



111 South Wacker Drive
Suite 3340
Chicago, IL 60606
Office.312.626.2749
Fax.312.626.2730
agirnius@resecon.com

# AUDRIUS GIRNIUS, SENIOR MANAGER

Dr. Audrius Girnius is a Senior Manager with Resolution Economics. He specializes in the application of microeconomics, statistics, and econometrics to complex problems in business litigation. He has developed economic and econometric models to analyze a variety of complex issues involving employment and labor, securities and finance, antitrust, and economic commercial damages. Dr. Girnius has provided assistance to attorneys in all phases of the litigation process from pre-trial discovery and case strategy to expert report preparation, deposition, and trial preparation.

Dr. Girnius has refereed for the *Journal of Political Economy* and has had his research published in the *International Journal of the Economics of Business*. He also has presented at the National Bar Association Labor and Employment Law Conference.

## Employment History

Senior Manager, Resolution Economics

Senior Economist, Advanced Analytical Consulting Group

Senior Manager / Director, Grant Thornton

Senior Manager / Director, Huron Consulting Group

Associate, Analysis Group

### Areas of Expertise

- Statistics and Econometrics
- Pay Equity Studies
- Statistical Analysis of Discrimination in Hiring, Promotion, Termination
- Statistical Analysis of Wage and Hour Claims
- Competition Analysis
- Data Analytics
- Assessment of Large Commercial Damages

## Professional Experience

## Labor and Employment

Assisted expert in a litigation related to Federal Aviation Administration Authorization Act ("FAAAA") matter which evaluated how a conversion from an independent contractor model to an employee model would impact the routes driven and services provided to customers. Performed analysis on voluminous driver logs.

Assisted expert in litigation on behalf of the DOL and EEOC in an age discrimination matter. Conducted analysis evaluating whether comparable women were paid less than men. Assisted in drafting a report and preparing for trial.

Assisted expert in conducting analysis on the use of sampling in wage and hours matters. Assisted in determining proper sampling methodologies and critiqued reports filed by opposing experts.

Conducted analysis in an age discrimination class action resulting from a Reduction in Force by a major retailer. Created relevant comparator groups, examined the impact of ratings (both subjective and objective) on termination decisions, and conducted econometric and statistical analysis of the relevant comparator groups. Assisted in drafting an expert report and critiqued opposing expert's analysis.

Assisted clients with disparate impact analyses in preparation for a Reduction in Force. Worked with employers to identify and remedy potential adverse impact in hiring, promotion and termination decisions on a proactive basis. Conducted statistical tests to ensure that protected class members were not adversely affected.

In response to an EEOC investigation, assisted major retailer in determining whether older applicants were less likely to be hired than younger applicants. Constructed a sample of applicants and analyzed outcome by age. Estimated potential damages.

Consulted with a retailer in setting minimum starting wages to ensure that members of a protected class are not offered lower compensation. Accounted for various business factors, including geographic differences and store size, to determine proper starting salaries. Created minimum salary bands by store location and monitored impact of the new salary structure. Examined which business units had greater differences in starting salaries between protected employees and non-protected employees. Identified relevant factors in determining starting salaries, including relevant past work experience.

Determined individual damages for a group of plaintiffs who had been terminated. Examined history of earnings and benefits at previous employer, mitigation earnings and benefits after termination, projected duration of unemployment and estimated reasonable unemployment spell.

Performed numerous proactive pay equity studies. Following OFCCP guidelines, constructed SSEGs (Similarly Situated Employee Groups).  Utilized multiple regression analysis to determine whether protected classes members, on average, earned lower wages. Consulted with clients on strategies to attain compliance.

Assisted several major pharmaceutical companies in FLSA class action. Assisted in constructing a class list of all potential plaintiffs. Examined internal data sources useful in understanding tasks performed by various employees, conducted analysis showing differences in those employees' performance, and identified linkages between prescriptions rates of target doctors and compensation levels.



Assisted a large cable company in determining whether employees worked through lunch and other breaks. Reconstructed employees' workdays by reviewing the log output from their personal digital assistant (PDA). Identified large variability in the reliability of such logs making a meaningful analysis of the data impossible. Illustrated variability in how employees recorded time.

Assisted expert in numerous single plaintiff damages cases. Calculated damages. Assist in drafting report, deposition questions, critiquing opposing expert's analysis.

## Antitrust

Assisted expert in litigation between a retailer and a supplier. Conducted analysis examining whether a sale of assets between two major suppliers caused competitive harm to a class of retailers. Performed analysis to support liability arguments and estimated damages. Assisted in drafting a report and critiquing opposing side's experts.

Assisted in all aspects of an antitrust suit against a major software company claiming anticompetitive policies. Supported academic experts in the analysis of the software industry and the evaluation of the impact of the allegedly anticompetitive policies. Reviewed and applied academic research on the impact of bundling on consumer welfare. Prepared academic experts for testimony.

Assisted expert in analysis of energy producers' economic interest in shutting down power production during peak demand. Examined whether imports from other states could be used to offset in-state supply reductions. Measured the marginal cost of production and determined ownership of all power plants. Analyzed potential incentives for owners of more efficient plants to shift production to less efficient sites.

## Commercial Damages

In an ongoing copyright infringement matter involving computer software; assisted with analysis to demonstrate causal connection to losses suffered by the plaintiff, measured actual damages attributable to the infringement, and analyzed usage resulting in harm to the plaintiff.

Provided litigation support services to a producer of Spanish-language television programming in connection with a breach of contract dispute related to royalty payments. Managed a team of consultants in analyzing a transactional database containing over 9 million electronic records representing approximately $5 billion in advertising revenue to estimate value of advertisements to network.



## Education

Ph.D., Economics, The University of Chicago.

M.A., Economics, The University of Chicago.

B.A., Economics, University of Michigan.

## Publications and Presentations

"EEOC Data Rules Pose 2 Equal Pay Study Challenges," Employment Law 360, May 16, 2019.

"OFCCP Guidelines – Scientifically Valid but Unclear," Employment Law 360, April 8, 2013.

 "Insights from Ongoing Labor Economics Research," Employment Law 360, July 12, 2011.
Presentation, National Bar Association Labor and Employment Law CLE Conference, Atlanta, Georgia, March 26, 2010.

"The Role of Economists in Reduction-In-Force Analysis," Employment Law Quarterly, Zashin & Rich Co., L.P.A., Vol. 11, Issue 4, Fall, 2009.

"Complementary Goods: Prices and Consumer Welfare Under Duopoly and Monopoly," with Atanu Saha and Oleksiy Andriychenko, International Journal of the Economics of Business, Vol. 13, Issue 3, 2006.

"Market Share vs. Market Size Effect of Advertising: Analysis of Market Structure," The University of Chicago Dissertation, 2003.



## Previous Testimony

E. Aguilera, et al. v. Waukesha Memorial Hospital, Inc. U.S. District Court, Eastern District of Wisconsin, Case No. 13-CV-1245, Expert Reports, 2015.

McConnell et. al., vs United States Postal Service, EEOC Case No. 520-2010-00280X. Expert Report and Deposition, 2014.

Appendix B

Material Relied Upon

Expert Report of J. Duross O'Bryan, January 22, 2024

Expert Report of Dr. Armenak Markosyan, March 1, 2024

Markosyan Work Materials, March 1, 2024

Declaration of Jamie Lee Vosejpka, September 8, 2023.


Publicly Available Documents

Angrist, Joshua D., and Jörn-Steffen Pischke. Mostly Harmless Econometrics. Princeton University Press, 2008,

Cameron, A. Colin, and Pravin K. Trivedi. Microeconometrics: Methods and Applications. Cambridge University Press, 2005.

Heckman, James J. "Microdata, heterogeneity and the evaluation of public policy." *Bank of Sweden Nobel Memorial Lecture in Economic Sciences, Stockholm, Sweden* (2000).

Morris, Scott B., Eric M. Dunleavy and Mirinae Lee, "Understanding Multiple Events in Adverse Impact Analysis," Chapter 8 in Scott B. Morris and Eric M. Dunleavy, eds. *Adverse Impact Analysis: Understanding Data, Statistics, and Risk*. Psychology Press, 2016.

Ouliaris, Sam, "What Is Econometrics?" *Finance & Development*, vol. 48, no. 4, 2011, pp. 38-39.

Stock, James H. and Mark W. Watson, Introduction to Econometrics, Pearson, 2020.