UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JMR FARMS, INC. *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC. *et al.*,<br><br>                Defendants. | Case No.: 20-cv-879 (PJS/ECW)<br><br>**DECLARATION OF MARK W. WALLIN** |

I, Mark W. Wallin, submit the following Declaration:

1.  I am an attorney at the law firm of Barnes & Thornburg LLP and attorney of record for Defendants C.H. Robinson Worldwide, Inc., C.H. Robinson Company, Inc., and C.H. Robinson Company (collectively, "CHR" or "Defendants") in this matter. I make this Declaration in support of Defendants' Memorandum of Law in Support of Summary Judgment, ECF 230.

2.  On or about August 6, 2020, CHR produced records reflecting sales transactions of Plaintiffs' produce as part of CHR's Volume 11 Production, including records from Famous, Compass, and Navisphere, as well as paper records related to the sales transaction of Plaintiffs' produce. Subsequently, on May 12, 2021, CHR produced to Plaintiffs 1,193 data tables and schema for Famous, Compass, and Navisphere. On September 20, 2021, CHR produced to Plaintiffs further transaction data requested by Plaintiffs on July 21, 2021. On June 12, 2023, CHR produced a joint dataset prepared by Defendants' expert, J. Duross O'Bryan. On November 13, 2023, CHR produced

1

supplemental data for the joint dataset, prepared by its expert. All datasets CHR produced included records previously produced to Plaintiffs.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the March 15, 2024 Hearing on Plaintiffs' Motion to Certify Class. *See* ECF 211.

4. Attached as Exhibit 2 is a true and correct copy of C.H. Robinson Worldwide, Inc.'s Form 10-K for fiscal year 2022, publicly filed with the United State Securities and Exchange Commission on February 17, 2023, downloaded from CHR's website https://investor.chrobinson.com/Financials/SEC-Filings/default.aspx) on January 21, 2024, and previously filed on January 22, 2024. *See* ECF 205-1.

5. Attached as Exhibit 3 is a true and correct copy of Jamie Vosejpka's September 8, 2023 Declaration, originally filed January 22, 2024. *See* ECF 204.

6. Attached as Exhibit 4 is a true and correct copy of the transcript of the Deposition of Theresa Baumann.

7. Attached as Exhibit 5 is a true and correct copy of the April 14, 2022 Expert Rebuttal Report of J. Duross O'Bryan, CPA, originally filed January 22, 2024. *See* ECF 200.

8. Attached as Exhibit 6 is a true and correct copy of volume 2 of the transcript of the Rule 30(b)(6) deposition of CHR.

9. Attached as Exhibit 7 is a true and correct copy of Theresa Baumann's January 22, 2024 Declaration, originally filed January 22, 2024. *See* ECF 203.

10. Attached as Exhibit 8 is a true and correct copy of Theresa Baumann's December 10, 2021 Declaration, originally filed December 10, 2021. *See* ECF 116.

11. Attached as Exhibit 9 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Hoosier Melons, LLC.

12. Attached as Exhibit 10 is a true and correct copy of the transcript of the Deposition of Michael Castagnetto.

13. Attached as Exhibit 11 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Bowles Farming Company, Inc.

14. Attached as Exhibit 12 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Bonne Idee Produce, LLC.

15. Attached as Exhibit 13 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Kevin Coggins d/b/a MEK Farms.

16. Attached as Exhibit 14 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff SK Enterprises of North Florida, Inc.

17. Attached as Exhibit 15 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Melon Acres, Inc.

18. Attached as Exhibit 16 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Wainwright Brothers Farms, LLC.

19. Attached as Exhibit 17 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Central Florida Fruit Sales, LLC.

20. Attached as Exhibit 18 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Glory Produce, Inc.

21. Attached as Exhibit 19 is a true and correct copy of the transcript of the Deposition of Molly Tabron.

22. Attached as Exhibit 20 is a true and correct copy of the January 22, 2024 Expert Rebuttal Report of J Duross O'Bryan, CPA, originally filed January 22, 2024. *See* ECF 199.

23. Attached as Exhibit 21 is a true and correct copy CHR's Supplemental Responses to Plaintiffs' First Set of Interrogatories.

24. Attached as Exhibit 22 is a true and correct copy of the transcript of the Deposition of Jamie Vosejpka.

25. Attached as Exhibit 23 is a true and correct copy of the Expert Rebuttal Report of F. Alexander Scott, previously filed with this Court on July 1, 2022. *See* ECF 181-1.

26. Attached as Exhibit 24 is a true and correct copy of volume 1 of the transcript of the Rule 30(b)(6) deposition of CHR.

27. Attached as Exhibit 25 is a true and correct copy of the transcript of the February 25, 2022 Hearing on Plaintiffs' Motion to Certify Class. *See* ECF 134.

28. Attached as Exhibit 26 is a true and correct copy of Mark Kalthoff's December 10, 2021 Declaration, previously filed with this Court on December 10, 2021. *See* ECF 115.

29. Attached as Exhibit 27 is a true and correct copy of Theresa Baumann's June 30, 2022 Declaration, previously filed with this Court on July 1, 2022. *See* ECF 179.

30. Attached as Exhibit 28 is a true and correct copy of Wainwright Farm's Final Liquidation Settlement Release, Deposition Exhibit 307 to the Rule 30(b)(6) Deposition of Plaintiff Wainwright Brothers Farms, LLC.

31. Attached as Exhibit 29 is a true and correct copy of Hoosier Melon's Final Liquidation Settlement Release, Deposition Exhibit 364 to the Rule 30(b)(6) Deposition of Plaintiff Hoosier Melons, LLC.

32. Attached as Exhibit 30 is a true and correct copy of the transcript of the Rule 30(b)(6) Deposition of Plaintiff Shore Sweet Growers, LLC.

33. Attached as Exhibit 31 is a true and correct copy of volume 1 of the transcript of the Rule 30(b)(6) Deposition of Plaintiff JMR Farms, Inc.

34. Attached as Exhibit 32 is a true and correct copy of volume 2 of the transcript of the Rule 30(b)(6) Deposition of Plaintiff JMR Farms, Inc.

35. Attached as Exhibit 33 is a true and correct copy of the October 22, 2021 Expert Report of D. Shawn Shaw, originally filed October 22, 2021. *See* ECF 96.

36. Attached as Exhibit 34 is a true and correct copy of the December 15, 2023 Expert Report of Armenak Markosyan, Ph.D., originally filed December 15, 2023. *See* ECF 197.

37. Attached as Exhibit 35 is a true and correct copy of the transcript of the Deposition of Armenak Markosyan, Ph.D.

38. Attached as Exhibit 36 is a true and correct copy of the March 1, 2024 Expert Reply Report of Armenak Markosyan, Ph.D., originally filed March 1, 2024. *See* ECF 210.

39. Attached as Exhibit 37 is a true and correct copy of the transcript of the Deposition of D. Shawn Shaw.

40. Attached as Exhibit 38 is a true and correct copy of the grower agreement between CHR and Plaintiff Bonne Idee Produce, LLC. A copy of this was originally

produced as an exhibit to the Rule 30(b)(6) Deposition of Plaintiff Bonne Idee Produce, LLC.

41. Attached as Exhibit 39 is a true and correct copy of the grower agreement between CHR and Plaintiff Glory Produce, Inc. A copy of this was originally produced as an exhibit to the Rule 30(b)(6) Deposition of Plaintiff Glory Produce, Inc.

42. Attached as Exhibit 40 are true and correct copies of grower agreements between CHR and Plaintiff Wainwright Brothers Farms, LLC. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff Wainwright Brothers Farms, LLC.

43. Attached as Exhibit 41 are true and correct copies of grower agreements between CHR and Plaintiff SK Enterprises of North Florida, Inc., LLC. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff SK Enterprises of North Florida, Inc.

44. Attached as Exhibit 42 are true and correct copies of grower agreements between CHR and Plaintiff Shore Sweet Growers, LLC. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff Shore Sweet Growers, LLC.

45. Attached as Exhibit 43 are true and correct copies of grower agreements between CHR and Sanway Farms, Inc. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff Central Florida Fruit Sales, LLC.

46. Attached as Exhibit 44 are true and correct copies of grower agreements between CHR and MEK Farms. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff Kevin Coggins d/b/a MEK Farms.

47. Attached as Exhibit 45 are true and correct copies of grower agreements between CHR and Plaintiff JMR Farms, Inc. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff JMR Farms, Inc.

48. Attached as Exhibit 46 are true and correct copies of grower agreements between CHR and Plaintiff Hoosier Melons, LLC. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff Hoosier Melons, LLC.

49. Attached as Exhibit 47 are true and correct copies of grower agreements between CHR and Plaintiff Bowles Farming Company, Inc. Copies of these were originally produced as exhibits to the Rule 30(b)(6) Deposition of Plaintiff Bowles Farming Company, Inc.

50. Attached as Exhibit 48 is a true and correct copy of the grower agreement between CHR and Plaintiff Melon Acres, Inc. A copy of this was originally produced as an exhibit to the Rule 30(b)(6) Deposition of Plaintiff Melon Acres, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 8, 2025         *s/Mark W. Wallin*
                               Mark W. Wallin